# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISAAC J. HEARNE, M.D.,
INDIVIDUALLY; AND ISAAC J.
HEARNE, M.D., P.C., A
PROFESSIONAL CORPORATION,
                    Appellants,
vs.
THOMAS R. CONKLIN, M.D.,
INDIVIDUALLY; AND THOMAS R.
CONKLIN, M.D., A PROFESSIONAL
CORPORATION,
                    Respondents.

No. 76274

FILED

NOV 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK




## ORDER DISMISSING APPEAL

This is an appeal from an appeal from an order granting a motion to enforce a settlement agreement. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Respondents filed a motion to dismiss the appeal on the ground that the order appealed from is not a final judgment. Appellants have not opposed the motion.[1] Having considered the motion we grant it. An order granting a motion to enforce a settlement agreement is not a final judgment where it does not enter judgment in favor of a party or otherwise resolve the pending claims. *See Brown v. WIC Stagecoach*, 129 Nev. 343, 301 P.3d 850

---

[1]Appellants have also failed to respond to our order entered October 4, 2018, granting in part appellants' motion for an extension of time to retain new counsel.

18-904610

(2013); *Valley Bank of Nevada v. Ginsburg*, 110 Nev. 440, 446, 874 P.2d 729, 733 (1994) (concluding that a district court order approving a settlement agreement was interlocutory). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[2]

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:   Hon. Lynne K. Simons, District Judge
      Isaac J. Hearne, M.D.
      McDonald Carano LLP/Reno
      Washoe District Court Clerk

---

[2]We deny as moot appellant's motion for stay.